

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-19-00086-CV

___

IN THE INTEREST OF Z.P., C.M., D.M., CHILDREN

___

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 090326-D-FM, Honorable Carry Baker, Presiding

March 27, 2019

## ORDER ON MOTION TO DISMISS APPEAL

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, S.P., mother of Z.P., C.M., and D.M., has filed an unopposed motion to voluntarily dismiss her appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam